UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTOR HERNANDEZ-TORRES,<br><br>                Plaintiff,<br>     v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>                Defendants. | Case No. 3:23-cv-05562-RAJ-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for: September 1, 2023 |

       This 42 U.S.C. § 1983 civil rights complaint has been referred to the undersigned Magistrate Judge. Plaintiff Victor Hernandez-Torres, proceeding *pro se*, filed a proposed civil rights complaint and an application to proceed *in forma pauperis*. Dkt. 1. On June 23, 2023, the Clerk of the Court sent plaintiff a letter directing him to file a prison trust account statement on or before July 24, 2023. Dkt. 2. The Clerk's office warned plaintiff that failure to correct the deficiency could result in dismissal of his case. *Id*.

       Plaintiff has not responded to the Clerk of Court's letter, has not filed a prison trust account statement, and has not paid the filing fee. As plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can

REPORT AND RECOMMENDATION - 1

result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **September 1, 2023**, as noted in the caption.

Dated this 15th day of August, 2023.

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: SEPTEMBER 1, 2023 - 2