UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR HERNANDEZ-TORRES,<br><br>               Plaintiff,<br>    v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>               Defendants. | Case No. 3:23-cv-05562-RAJ-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This case is dismissed without prejudice due to plaintiff's failure to prosecute the case.

(3)    The Clerk is directed to send copies of this order to plaintiff and to the Hon. Theresa L. Fricke.

Dated this 8th day of September, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1